JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S. 2:11 0209 GEB |
|        Plaintiff, | ) |
| | ) |
|    vs. | ) [PROPOSED] ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| DAVID ROMO, | ) |
| | ) Date:  January 13, 2012 |
|        Defendant. | ) Time:  9:00 a.m. |
| | ) Ctrm:  Garland E. Burrell, Jr. |

     GOOD CAUSE APPEARING, it is hereby ordered that the status conference
presently set for December 9, 2011, be continued to January 13, 2012 at 9:00 a.m.

     Based on the reasons set forth the Stipulation entered into by the parties, the
Court finds that the ends of justice served by the granting of such a continuance
outweigh the best interest of the public and the defendant in a speedy trial and warrant
an exclusion of time.

     THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18
U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of this order to
January 13, 2012.

    **Date:  12/8/2011**


                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge