1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
3  **Davis, California 95618**
   **Telephone:   530.759.0700**
4  **Facsimile:    530.759.0800**

5  **Attorney for Defendant**
   **DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S. 2:11 0209 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) CONTINUING STATUS CONFERENCE |
| DAVID ROMO. | ) |
| | ) Date: February 24, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Ctrm: Garland E. Burrell, Jr. |
| | ) |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Russell L. Carlberg, Assistant United States Attorney, and Joseph J. Wiseman, attorney for defendant DAVID ROMO, that the status conference presently set for January 13, 2012, be continued to February 24, 2012, at 9:00 a.m.

This stipulation is being entered into because the government intends to file additional charges in this case and will provide to the defense additional discovery related to the additional charges that will be filed in this case.  The defendant and his counsel need additional time to consider and discuss the impact of the additional charges and review the additional discovery that the government intends to disclose.   In any event, the government has produced or made available substantial discovery in this case and the defense requires additional time to review and digest the material.

Therefore, the UNITED STATES OF AMERICA and defendant DAVID ROMO, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to review the forthcoming discovery and superseding indictment and determine how to best to proceed with the case) from the date of the parties' stipulation, January 13, 2012, to and including February 24, 2012.

IT IS SO STIPULATED.

Dated:  January 11, 2012            Respectfully submitted,

                                    WISEMAN LAW GROUP, P.C.

                                    By: /s/ Joseph J. Wiseman
                                    JOSEPH J. WISEMAN

                                    Attorney for Defendant
                                    David Romo

Dated:  January 11, 2012            BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:  /s/ Russell L. Carlberg
                                    RUSSELL L. CARLBERG
                                    Assistant U.S. Attorney
                                    Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:   530.759.0700
  Facsimile:   530.759.0800

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID ROMO,<br><br>　　　　　Defendant. | Case No. CR.S. 2:11 0209 GEB<br><br>[PROPOSED] ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date:  February 24, 2012<br>Time: 9:00 a.m.<br>Ctrm: Garland E. Burrell, Jr. |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for January 13, 2012 be continued to February 24, 2012 at 9:00 a.m.

I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to February 24, 2012.

IT IS SO ORDERED.

Dated: 1/11/12

　　　　　　　　　　　　　　　　　　　　　　Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge