1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **WISEMAN LAW GROUP, P.C.**
2        1477 Drew Avenue, Suite 106
         Davis, California 95618
3        Telephone:    530.759.0700
         Facsimile:    530.759.0800
4
   **Attorney for Defendant**
5  **DAVID ROMO**

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9                            SACRAMENTO DIVISION

10
   UNITED STATES OF AMERICA,           ) Case No. CR.S. 2:11 0209 GEB
11                                     )
                  Plaintiff,           )
12                                     ) STIPULATION AND [PROPOSED] ORDER
          vs.                          ) CONTINUING STATUS CONFERENCE
13                                     )
   DAVID ROMO,                         )
14                                     ) Date:  March 9, 2012
                  Defendant.           ) Time:  9:00 a.m.
15                                     ) Ctrm:  Garland E. Burrell, Jr.
                                       )
16

17        IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF

18 AMERICA, through undersigned counsel, Russell L. Carlberg, Assistant United States

19 Attorney, and Joseph J. Wiseman, attorney for defendant DAVID ROMO, that the status

20 conference presently set for February 24, 2012, be continued to March 9, 2012, at 9:00

21 a.m.

22        This stipulation is being entered into because the government has filed a

23 Superseding Indictment in this case and will provide to the defense additional discovery

24 related to the additional charges filed in this case. The defendant and his counsel need

25 additional time to consider and discuss the impact of the Superseding Indictment and

26 review the additional discovery that the government intends to disclose.

27        Therefore, the UNITED STATES OF AMERICA and defendant DAVID ROMO,

28 hereby agree and stipulate that the ends of justice served by the granting of such a

1

continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to review the forthcoming discovery and superseding indictment and determine how to best to proceed with the case) from the date of the parties' stipulation, February 24, 2012, to and including March 9, 2012.

IT IS SO STIPULATED.

Dated: February 24, 2012			Respectfully submitted,

						WISEMAN LAW GROUP, P.C.

						By: /s/ Joseph J. Wiseman
						JOSEPH J. WISEMAN

						Attorney for Defendant
						David Romo

Dated: February 24, 2012			BENJAMIN B. WAGNER
						United States Attorney

						By: /s/ Russell L. Carlberg
						RUSSELL L. CARLBERG
						Assistant U.S. Attorney
						Attorney for the United States

## PROPOSED ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for February 24, 2012, be continued to March 9, 2012 at 9:00 a.m.

Based on the reasons set forth the Stipulation entered into by the parties, the Court finds that the ends of justice served by the granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and warrant an exclusion of time.

1. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of this order to March 9, 2012.

IT IS SO ORDERED.

**Date: 2/24/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge