**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone:   530.759.0700
Facsimile:    530.759.0800

**Attorney for Defendant
DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S. 2:11 0209 GEB |
| Plaintiff, | ) |
| vs. | ) ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| DAVID ROMO. | ) |
| | ) Date: June 1, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Ctrm: Garland E. Burrell, Jr. |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for April 6, 2012 be continued to June 1, 2012 at 9:00 a.m.

I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to June 1, 2012.

IT IS SO ORDERED.

**Date: 4/4/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Proposed Order                     Case No. CR. S. 2:11-0209 GEB
To Continue Status Conference