**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
 **1477 Drew Avenue, Suite 106**
 **Davis, California 95618**
 **Telephone: 530.759.0700**
 **Facsimile: 530.759.0800**

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0209 GEB |
|    Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| DAVID ROMO. | Date: June 29, 2012 |
|    Defendant. | Time: 9:00 a.m. |
| | Ctrm: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Russell L. Carlberg, Assistant United States Attorney, and Joseph J. Wiseman, attorney for defendant DAVID ROMO, that the status conference presently set for June 1, 2012, be continued to June 29, 2012, at 9:00 a.m.

This stipulation is being entered into because the defense needs time to review the new discovery related to the superseding indictment filed in this case and to consider the impact of the additional charges. In addition, the defendant and his counsel are waiting for a possible plea offer from the government.

Therefore, the UNITED STATES OF AMERICA and defendant DAVID ROMO, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. §

3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow defense counsel time to review the additional discovery and superseding indictment and determine how to best to proceed with the case) from the date of the parties' stipulation, June 1, 2012, to and including June 29, 2012.

IT IS SO STIPULATED.

Dated: May 31, 2012                    Respectfully submitted,

                                       WISEMAN LAW GROUP, P.C.

                                       By: /s/ Joseph J. Wiseman
                                       JOSEPH J. WISEMAN

                                       Attorney for Defendant
                                       David Romo


Dated: May 31, 2012                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Russell L. Carlberg
                                       RUSSELL L. CARLBERG
                                       Assistant U.S. Attorney
                                       Attorney for the United States

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S. 2:11 0209 GEB |
| Plaintiff, ) | |
| vs. ) | ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| DAVID ROMO. ) | |
| ) | Date: June 29. 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Ctrm: Garland E. Burrell, Jr. |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for June 1, 2012 be continued to June 29, 2012 at 9:00 a.m.

I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to June 29, 2012.

IT IS SO ORDERED.

**Date: 5/31/2012**

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge