| | |
|---|---|
| 1 | **JOSEPH J. WISEMAN, ESQ., CSBN 107403** |
| 2 | **WISEMAN LAW GROUP, P.C.** |
|   |    **1477 Drew Avenue, Suite 106** |
| 3 |    **Davis, California 95618** |
|   |    **Telephone:   530.759.0700** |
| 4 |    **Facsimile:   530.759.0800** |

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S. 2:11 0209 GEB |
|             Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] ORDER |
|    vs. | ) CONTINUING STATUS CONFERENCE |
|  | ) |
| DAVID ROMO, | ) |
|  | ) Date: June 29, 2012 |
|             Defendant. | ) Time: 9:00 a.m. |
|  | ) Ctrm: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by the parties, The UNITED STATES OF AMERICA, through undersigned counsel, Russell L. Carlberg, Assistant United States Attorney, and Joseph J. Wiseman, attorney for defendant DAVID ROMO, that the status conference presently set for June 29, 2012, be continued to August 31, 2012, at 9:00 a.m.

This stipulation is being entered into for the following reasons: (1) the forensic accountant retained by the defense needs additional time to complete her analysis of the financial transactions relevant to the case; (2) the defense is waiting to receive from the Government a CD ROM containing the most recent discovery that replaces the defective one the defense recently received, and the Government needs additional time to forward to the defense a proposed Plea Agreement.

1

Stipulation and Proposed Order                                                    Case No. CR. S. 2:11-0209 GEB
To Continue Status Conference

Therefore, the UNITED STATES OF AMERICA and defendant DAVID ROMO, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 (to allow the defense additional time to prepare the case) from the date of the parties' Stipulation, June 26, 2012, to and including August 31, 2012.

IT IS SO STIPULATED.

Dated: June 26, 2012  Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN

Attorney for Defendant
David Romo

Dated: June 26, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Joseph J. Wiseman
For: /s/ Russell L. Carlberg
RUSSELL L. CARLBERG
Assistant U.S. Attorney
Attorney for the United States

2
Stipulation and Proposed Order                    Case No. CR. S. 2:11-0209 GEB
To Continue Status Conference

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95618
　Telephone:　530.759.0700
　Facsimile:　530.759.0800

**Attorney for Defendant**
**DAVID ROMO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR.S. 2:11 0209 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| DAVID ROMO. | ) |
| | ) Date: June 29. 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Ctrm: Garland E. Burrell, Jr. |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference presently set for June 29, 2012 be continued to August 31, 2012 at 9:00 a.m.

I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to August 31, 2012.

IT IS SO ORDERED.

Dated: 6/27/12

　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge

3

Stipulation and Proposed Order　　　　　　　　　　　　　　Case No. CR. S. 2:11-0209 GEB
To Continue Status Conference